# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



MARISOL ADORNO ROSADO,

      VS.                          CIVIL NO. 98-2074   (JAF)

WACKENHUT PUERTO RICO, INC.
ET AL.,

## DESCRIPTION OF MOTION

DATE FILED: 8/11/99   DOCKET: 17   TITLE: MOTION SUBMITTING AFFIDAVIT AND FOR EXTENSION OF TIME.

[X] Plaintiff(s)
[ ] Defendant(s)

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

_X_ NOTED AND GRANTED UNTIL **SEPTEMBER 8, 1999.**

**OTHER:**

September 3, 1999
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE