# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO





RECEIVED & FILED
99 OCT 18 PM 1:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R

MARISOL ADORNO ROSADO

    VS.

WACKENHUT PUERTO RICO, ET AL

CIVIL NO. 98-2074(JAF)

---

## DESCRIPTION OF MOTION

| | |
|---|---|
| **DATE FILED:** 10/06/99  **DOCKET #: 21** | **TITLE:** MOTION by Warner Lambert, Inc. for Leave to File REPLY to plaintiffs' opposition to motion for summary judgment, and to Extend Time until 10/22/99 to file reply |
| [ ] Plaintiff(s) [X] Defendant(s) | |

---

## O-R-D-E-R

X GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER:

_____

10/14/99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

23

4