5/9/00   ENTERED ON DOCKET
PURSUANT
TO PRCP RULES 58 & 79a

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

RECEIVED & FILED
00 MAY -9 PH 6:10
CLERK'S DISTRICT COURT
SAN JUAN, PR

| | | |
|---|---|---|
| MARISOL ADORNO-ROSADO | * | |
| PLAINTIFF, | * | |
| VS. | * | CIVIL NO. 98-2074 (JAF) |
| WACKENHUT PUERTO RICO, INC. LUCILA RUIZ ; WARNER-LAMBERT, INC., ET AL. | * | |
| | * | |
| DEFENDANTS | | |
----------------------------------------------------X

# JUDGMENT

Pursuant to "Motion to dismiss for lack of subject matter jurisdiction", filed by defendant Warner-Lambert, Inc., the Court, (see Docket 26), grants the dismissal of defendant Warner-Lambert, Inc.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 9th day of May, 2000.

FRANCES RIOS DE MORAN
CLERK OF THE COURT

BY: _____
SULMA LOPEZ-DEFILLO - DEPUTY CLERK

