UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARISOL ADORNO ROSADO

**Plaintiff(s)**

v.                               CIVIL NUMBER: 98-2074 (JAG)

WACKENHUT PUERTO RICO

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/13/01<br>**Title:** Motion for Extension of Time Within Which to File Response<br>**Docket(s):** 31<br>[ x ] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | The Court grants the plaintiff a thirty (30) day extension of time to file a response to the Motion for Dismissal. With regard to the motion for dismissal, the Court will entertain said motion in due time. |

Date: February 28, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

