IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARISOL ADORNO ROSADO

**Plaintiff(s)**

v.                                                    **CIVIL NO.** 98-2074 (JAG)

WACKENHUT PUERTO RICO

**Defendant(s)**

---

### ORDER

The record does not reflect that plaintiff has filed an opposition to the motion to dismiss, notwithstanding the extension of time granted by the Court on February 28, 2001 (Docket #32). Accordingly, the Court deems the motion to dismiss to be submitted and will proceed to rule upon it in due course.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 1st day of May, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge

