UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARISOL ADORNO ROSADO

**Plaintiff(s)**

v.  CIVIL NUMBER: 98-2074 (JAG)

WACKENHUT PUERTO RICO

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/04/01<br>**Title:** Motion of Withdrawal of Counsel<br>**Docket(s):** 35<br>[ x ] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | The Court grants plaintiff's counsel's motion for withdrawal of counsel to be effective 30 days after entry of this order. Plaintiff is instructed to retain new counsel within these thirty days or the complaint will be dismissed for lack of prosecution.<br><br>Present counsel of record shall make every reasonable effort to locate and notify plaintiff about this order and upon expiration of the thirty day period shall inform the Court about such efforts. Should plaintiff retain new counsel within this period, counsel of record shall cooperate and deliver the case files to plaintiff's new counsel.<br><br>Should plaintiff not make an appearance through counsel or pro se by July 1, 2001, the Court shall dismiss the case, as stated above. |

**Date:** May 24, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge