## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MARISOL ADORNO ROSADO

**Plaintiff(s)**

v.     CIVIL NUMBER: 98-2074 (JAG)

WACKENHUT PUERTO RICO

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/06/01<br>**Title:** Motion Reiterating Dismissal of Complaint for Want of Prosecution<br>**Docket(s):** 33<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | DENIED. |

Date: May 29, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


