UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARISOL ADORNO ROSADO

**Plaintiff(s)**

v.   CIVIL NUMBER: 98-2074 (JAG)

WACKENHUT PUERTO RICO

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/18/01<br>**Title:** Motion for an Extension of Time to Seek New Legal Representation<br>**Docket(s):** 38<br>[ x ] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | **GRANTED.** The plaintiff shall have until July 19, 2001 to have successor counsel enter an appearance on her behalf. |

Date: July 5, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge