UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARISOL ADORNO ROSADO

**Plaintiff(s)**

v.	CIVIL NUMBER: 98-2074 (JAG)

WACKENHUT PUERTO RICO

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/20/01<br>**Title:** Informative Motion<br>**Docket(s):** 42<br>[ x ] **Plff(s)**   [ ] **Dft(s)**   [ ] Other | **NOTED.** All counsel of record and the Clerk's Office shall note attorney Manuel Duran's new address: 1139 Ave. Américo Miranda, San Juan, PR 00921; telephone: (787) 781-7373; fax (787) 781-7771. |

Date: August 30, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

43