IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARISOL ADORNO ROSADO

**Plaintiff(s)**

v.                                    **CIVIL NO.** 98-2074 (JAG)

WACKENHUT PUERTO RICO

**Defendant(s)**

---

## ORDER

A Pretrial and Settlement Conference shall be held on **December 12, 2001 at 4:00 p.m.** Parties are to have principals available in person or by phone. Jury trial is set for **Monday, January 21, 2002** at **9:00 a.m.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 10th day of October, 2001.

_____
JAY A. GARCIA-GREGORY
United States District Judge