IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARISOL ADORNO

    **Plaintiff(s)**

    v.                                    CIVIL NO. 98-2074 (JAG)

WACKENHUT PUERTO RICO, INC.

    **Defendant(s)**

---

## JUDGMENT

Upon the Joint Motion Requesting Voluntary Dismissal with Prejudice, the Court hereby enters judgment dismissing this action with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 12th day of December, 2001.

                    JAY A. GARCIA-GREGORY
                    U.S. District Judge